In The United States District Court

For The Northern District

Of Illinois

KC FILED
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Maurice Banks

    Vs.

People of the State of Illinois

Judge William Lacy

08CV1044
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

Inquiry to Judge

Coversheet

This inquiry is a manifesto to inform the Honorable Judge in the cause of 28 U.S.C. section 1443(1), 1446(c) traffic act of 1960 that the defendant is indigent and is without the funds to get a certified copy of the record and the transcripts pertaining to the plaintiff's case. Also, due to the defendant invoking his constitutional right to proceed pro'se, the honorable Judge William Lacy has denyed the defendant the right to have a copy of the colloquy. The defendant is at the mercy of the court, and if these transcripts are ordered then the defendant's case will have a chance to stand and will verify the allegations of the defendant. Thank you for listening your honor

Respectfully Submitted

Larry Maurice Banks