In The United States District Court

For The Northern District

Of Illinois

**FILED**
FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Larry Maurice Banks

    Vs.

People of the state of Illinois

Judge William Lacy

08CV1044
JUDGE NORDBERG
MAGISTRATE JUDGE MASON

### Sworn Affidavit

Now comes Larry Maurice Banks and swears under the pains and penalties of perjury and submits that the petitioner is without the funds to pay for filing of the petition for removal under 28 U.S.C. section 1443(1),1443(c)(2),337(c) Traffic act of 1960 or the certified copy of the record. The petitioner states that Elgin Mental Health Center Administrative Department want sign the original I.F.P. form because the petitioner has sued the institution and the staff for constitutional violations. Thus the petitioner swears under the pains and penalties of perjury and makes notations that this affidavit is true and correct to the best of the petitioner's knowledge and belief.

Respectfully Submitted

Larry Maurice Banks

Case 1:08-cv-01044    Document 4    Filed 02/20/2008    Page 2 of 2