```
                                              FILED
      UNITED STATES DISTRICT COURT         MAY 19 2008  PH
      NORTHERN DISTRICT OF ILLINOIS        MAY 19 2008
             EASTERN DIVISION              MICHAEL W. DOBBINS
                                           CLERK, U.S. DISTRICT COURT
```

|  |  |
|---|---|
| BANKS )<br>　　　Plaintiff, )<br>　　　 )<br>vs. )<br>　　　 )<br>PEOPLE OF THE STATE )<br>　　　OF ILLINOIS, et al )<br>　　　Defendants. )<br>　　　 ) | Case No. 08 CV 1044<br><br>Judge Rebecca Pallmeyer<br><br>(Removal from Cook County;<br>State Case No. 06 CR 2566601;<br>State Presiding Judge Wm. Lacy) |

## NOTICE OF FILING

TO:

DOROTHY BROWN, CLERK                COOK COUNTY STATE'S ATTY.
CIRCUIT COURT OF COOK CTY.          STATE'S ATTORNEYS OFFICE
2650 S. California   Room 526       2650 S. California
Chicago, Illinois   60608           Chicago, Illinois   60608

**PLEASE TAKE NOTICE** that the undersigned, Larry Maurice Banks, named as Plaintiff in the above-captioned action, has caused the following documents to be filed in the above-captioned action, true and correct copies of which are herewith provided:

1. **REQUEST TO TAKE JUDICIAL NOTICE; and**
2. **NOTICE OF FILING.**

Date: May 13, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Larry Maurice Banks

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BANKS | ) | |
|     Plaintiff, | ) | Case No. 08 CV 1044 |
| | ) | |
| vs. | ) | Judge John A. Nordberg |
| | ) | |
| PEOPLE OF THE STATE | ) | |
|     OF ILLINOIS, et al | ) | (Removal from Cook County; |
|     Defendants. | ) | State Case No. 06 CR 2566601; |
| | ) | State Presiding Judge Wm. Lacy) |

## PROOF OF SERVICE

TO:

| | |
|---|---|
| DOROTHY BROWN, CLERK | COOK COUNTY STATE'S ATTY. |
| CIRCUIT COURT OF COOK CTY. | STATE'S ATTORNEYS OFFICE |
| 2650 S. California   Room 526 | 2650 S. California |
| Chicago, Illinois   60608 | Chicago, Illinois   60608 |

    The undersigned Larry Maurice Banks does hereby certify under the penalty of perjury pursuant to 28 U.S.C. § 1746 that he has caused the above-named individuals to be served by causing copies of the following documents to be placed in the U.S. Mails on May 13, 2008, 1st Class Postage Prepaid, and addressed as above indicated:

    1. REQUEST TO TAKE JUDICIAL NOTICE; and
    2. NOTICE OF FILING.

May 13, 2008

_____
Larry Maurice Banks

Larry Maurice Banks
Unit F
Elgin Mental Health Center
750 S. State Street
Elgin, IL   60123

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
MAY 1 9 2008 PH
May 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| BANKS ) | |
|     Plaintiff, ) | Case No. 08 CV 1044 |
| ) | |
| vs. ) | Judge Rebecca Pallmeyer |
| ) | |
| PEOPLE OF THE STATE ) | |
|     OF ILLINOIS, et al ) | (Removal from Cook County; |
|     Defendants. ) | State Case No. 06 CR 2566601; |
| ) | State Presiding Judge Wm. Lacy) |

### REQUEST TO TAKE JUDICIAL NOTICE

COMES NOW Larry Maurice Banks (the "Undersigned"), named as Plaintiff in the above-captioned action, in want of counsel, and, as, and for a REQUEST TO TAKE JUDICIAL NOTICE pursuant to Rule 201 of the Federal Rules of Evidence ("F.R.E."), and in support thereof shows to the Court as follows:

The Undersigned has caused his RULE 42 MOTION TO CONSOLIDATE involving the above-captioned proceeding to be filed in Case No. 07 cv 0784 currently pending before the Honorable Judge Marvin Aspen. A copy of such Motion To Consolidate is attached hereto. A district court may take judicial notice of a court file in a related case. Cagan v. Intervest Midwest Real Estate Corp., 774 F. Supp. 1089, 1091 (N.D. Ill. 1991).

WHEREFORE, the Undersigned respectfully requests this Court take judicial notice of the above-stated Rule 42 Motion To Consolidate.

Respectfully submitted,

*/s/ Larry Maurice Banks*
Larry Maurice Banks