Pg (1) of (1)                                    6-27-08

# United States District Court
# Northern District of Illinois
# Eastern Division

Banks v People of the State of Illinois, et. al.

Case No: 08CV1044

Judge Rebecca Pallmeyer

FILED
JUL 07 2008 EA
Jul 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Filing

Please take Notice Petitioner has cause to be served on the clerk one copies of the Rule 60(B) Motion. Due to the conditions of confinement the Petitioner can-not get copies or assistant from the proper source of a Law Library or a constitutional acceptable means which he (Banks) cannot mount his claim(s). Petitioner Request Pro Bono Counsel.

Respectfully Submitted

/s/ Lonny M. Banks

New Address

Lonny M. Banks
Lehman Drive
P.O. Box 31
Chester, IL 62233

pg(1) of (8)

# United States District Court
## Northern District of Illinois
### Eastern Division

Banks v People of the State of Illinois, et.AL

Case No. 08 CV 1044
Judge Rebecca Pallmeyer

**FILED**
Jul 7, 2008
JUL 07 2008 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion To Correct Judgment, Pursuant To Rule 60(b)

Comes Now Larry M. Banks Pro'se & submits the following; Motion To Correct Judgment, Pursuant to Rule 60(b)

The Petitioner states he cause for a Title 28 U.S.C. §§ 1443(1) & (2) Petition for Removal, to be filed, the cause was given Status date to be heard before Judge Nordberg, but Judge Nordberg Transfered the case to the Executive committee, who Transfered the case to Honorable Rebecca Pallmeyer, who Review the case, and Dismissed the case.

pg (1 of (3))

<u>Newly Discouerd Evidence</u>

The Petitioner states Newly Discouerd Evidence has been found, in the Petitioner "State Action" due to the Affidavit of complaint, Being taken out of the Petitioner-Defendant "State Action" 06 CR 2566601, the Petitioner is without the ablity to challenge the charge, due to the charge instrument, being missing. The Petitioner has filed Numberous Motions, writs, & Petitions, which challenge the Affidavit of complaint, But nowhere can the instrument be found.

The Petitioner order to certified copies of the file, and in Both of the certified copies the original charge instrument wasn't their. The Petitioner filed a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (c), the issue(s) where submitted, But the case was Dismissed for the reason being Petitioner didn't exaust his State Remedies; the Petitioner challenge the "Judgment" on 6-25-08 before Judge Hibbler in a Rule 60(B) Motion.

The Petitioner states the State Forum has denyed Due' process & Equal protection

Pg (1) of (4)

of the Law to the Petitioner. THE Petitioner has Exausted Every State protected Interest Right Afforded to a Defendant in the cook county criminal court.

Lack of a Constitutional Acceptable Law Library or a Constitutional Acceptable Means to Redress the court.

The Petitioner states He was Pro'se in criminal case No. 06 CR 2566601, before the Honorable Victoria Stewart, and the Honorable Victoria Stewart (S.O.J) the proceeding, and the case went to Judge Thomas Davy who sent the Petitioner to get Fitness Evulation At cook county criminal Division on the #10 Floor The Defendent ("Banks") was found Unfit, because The Doctor stated I was Declusional, the Defendant (Banks) was Transfered to Elgin Mental Health center, where their no Law Library nor a Constititutional Acceptable means For a (Pre-Trial Detainee) to Redress him in the courts.

The Petitioner was in want of counsel, But do to his lack of legal Training ("Banks") Is unable to make a color claim, because the Actions of (D.H.S.) denying

pg (1) of (5)

Detainee's the Right to Petition the courts.

The Petitioner was transported to Chester Mental Health center for filing a suit against "Elgin mental Health center" for Denying (Pre-Trial Detainee's) the Right to Petition the court.

The Elgin Mental Health center, and Chester Mental Health center Denys to it's Pre-Trial Detainee's a Law Library and A Constitutional Acceptable Alternative Means to Redress the Federal Forum.

As of 6-27-08 the Petitioner is in want of counsel, in the Assistant to Set-Forth a color claim, which will Allow the courts to hear his claim.

## Denial of Due process And Equal Protection of the Law.

The U.S.T. (Pre-Trial Detainee's) suffer because their No pairlegal, nor Law Library in the Facility, so I (Banks) Cannot Submit a color claim, which has Merits, because I (Banks) don't have Nexus Lexis or West law, nor is

pg(1) of (6)

Their any Law Books in the facility, So I can-not properly Address the court.

I Filed a Suit 07 CV 5664 with the Honorable Judge Dow, the Facility has physically Abused ("Banks") for Submitting "Petitions" to the court.

The Petitioner Request For counsel to Be appointted & the case to be re-open For the Reasons Stated in the Rule 60(B) Motion.

The Petitioner can-not Appeal the claim(s) to the Seventh circuit, because their is no Law Library nor constitutional Appectable means to get legal information such as case Law to Redress one-self, on Appeal).

The Court Affords Pro' Bo Attorneies in this case one is needed, to past the Floor, and Get the court house Door's open.

pg(1) of(1)

## Conclusion

The Petitioner pray the court will afford such Relief, and grant the Petitioner who's in want of counsel, counsel due to the conditions of confinement, and due to the newly discoverd evidence.

## Certificate of service

Comes Now Larry Banks Pro-se in want of counsel, and submits that he has served the U.S. District clerk a copy of the following Rule 60(b) Motion, via hand mail U.S. postal service from Wehmen Drive P.O. Box 31 chester Illinois 62233

Respectfully submitted

/s/ m h

Larry McGhee

Illinois Department of
Human Services
Chester Mental Health Center
Post Office Box 31
Chester, Illinois 62233-0031

Not an inmate
pr.

RECEIVED
JUL 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT
COURT FOR THE
NORTHERN DISTRICT
of Illinois
219 S. Dearborn
Chicago, IL 60604

500 1 Spring