

# United States District Court
# Northern District of Illinois

### Notification of Change of Address

*Please enter the address to which notice should be mailed:*

| | |
|---|---|
| Name: | Larry M. Banks |
| Firm: | Pro' se |
| Street Address: | Lehmen Brive |
| City/State/ZIP: | P.O. Box 81 Chester, IL 62233 |
| Phone Number: | Agent Number (84) 033 6319 |

J.N

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



*I previously filed an appearance pursuant to local Rule 83.16 in each of the cases listed below.*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08cv2468 | Writ of Habeas corpus | Hibbler |
| (08cv1044) | Removal Petition | A. Pallmeyer Rebecca |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          7-11-08
Attorney's Signature                         Date